## Notice to District Court of Related Criminal Duty Filing

Number of current Criminal Duty Filing: CR Misc. No. **19CM00279**

Title(s) of document(s) making up current criminal duty filing: STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT; PROPOSED ORDER

FILED 2019 JUN -4 PM 2:14 CLERK US DISTRICT COURT CENTRAL DISTRICT LOS ANGELES BY: ___

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ☑ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

___

___

c) ☐ relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):

___

___

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:

___

Respectfully submitted,

DATED: ___June 4, 2019___        /s/
                                 MICHAEL R. SEW HOY
                                 Assistant United States Attorney

---

**This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**