NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHAEL R. SEW HOY (CA Bar No. 243391)
Assistant United States Attorney
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3314
   Facsimile: (213) 894-0142
   E-mail: Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF $136,625.00 IN U.S. CURRENCY.

No. 9CM00279-

STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT

[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH]

It is hereby stipulated by and between the United States of America (the "government") and Claimant Jesus Vaca ("Vaca") through his counsel, Michael V. Severo, as follows:

1. Claimant Vaca filed a written claim in administrative forfeiture proceedings commenced by the Drug Enforcement Administration ("DEA") with respect to $136,625.00 (the "defendant currency").

2. The government asserts that DEA has sent the written notice on intent to forfeiture required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the defendant currency.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized currency and/or to obtain an indictment alleging that the seized currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is June 13, 2019, but the statue provides for an extension of this date by court order or upon agreement of the parties.

4. Claimant does not desire that the government initiate a civil forfeiture action against the defendant currency at this time, because the parties desire additional time to discuss resolution of the matter.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the seized currency, in order to provide the parties an opportunity to discuss settlement.

6. The parties request and agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the seized currency and/or to obtain an indictment alleging that the assets are subject to forfeiture be extended from June 13, 2019 to July 19, 2019.

7. Claimant knowingly, intelligently, and voluntarily gives up any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture by June 13, 2019, and any

2

right he may have to seek dismissal of any complaint and/or any forfeiture allegation in an indictment on the ground that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a civil forfeiture complaint in connection with the seizure of the defendant currency be extended to and including July 19, 2019.

**SO STIPULATED**

Dated: June 4, 2019              Respectfully submitted,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ *Michael R. Sew Hoy*
MICHAEL R. SEW HOY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 3, 2019

   /s/ *(per telephonic confirmation)*
MICHAEL V. SEVERO
Attorney for Claimant
JESUS VACA

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On June 4, 2019, I served a STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  Michael V. Severo
    The Severo Law Firm
    155 N Lake Ave Ste. 800
    Pasadena, CA 91101-1857

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: June 4, 2019, at Los Angeles, California.

_____
Deena R. Bowman